UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYNTHIA MCNABB, L.H. a minor, HOWARD HURWITZ,<br><br>Plaintiffs,<br><br>v.<br><br>ISSAQUAH SCHOOL DISTRICT #411,<br><br>Defendant. | CASE NO. 22-cv-1389 MJP<br><br>ORDER GRANTING THE PLAINTIFFS' STIPULATED MOTION TO SUBSTITUTE ATTORNEYS |

This matter comes before the Court on Plaintiffs' Stipulated Motion to Substitute Attorneys. (Dkt. No. 10.) Plaintiffs seek to substitute their current attorney, Joseph Gehrke and his law firm, The Seattle Litigation Group, PLLC, with Lara Hruska and the law firm of Cedar Law PLLC. The Motion is stipulated to and signed by Plaintiffs' current counsel, Hruska, and opposing counsel in accordance with Local Rule 83.2(b)(1). Plaintiffs also submit the Motion more than sixty days before the discovery cutoff date, which gives Plaintiffs' new counsel ample

1 | time to conduct discovery as required by the local rules. See id. The Court GRANTS Plaintiffs'

2 | Motion.

3 | The clerk is ordered to provide copies of this order to all counsel.

4 | Dated May 23, 2023.

*[signature]*

Marsha J. Pechman
United States Senior District Judge