UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYNTHIA McNABB, HOWARD HURWITZ, and L.H.,<br>　　　　　Plaintiffs,<br>　　vs.<br>ISSAQUAH SCHOOL DISTRICT,<br>　　　　　Defendant. | No. 2:22-cv-1389-MJP<br><br>**STIPULATION AND ORDER DISMISSING THE CLAIMS OF HOWARD HURWITZ WITH PREJUDICE** |

Plaintiffs Howard Hurwitz, Cynthia McNabb, and L.H., by and through their counsel of record, and Defendant Issaquah School District, hereby stipulate that the claims of Howard Hurwitz asserted in the above-referenced matter, shall be dismissed with prejudice and without an award of fees or costs to either party.

DATED this 5th day of September 2023.

CEDAR LAW PLLC

s/ Lara Hruska
Lara Hruska, WSBA No. 46531
113 Cherry Street PMB 96563
Seattle, WA 98104-2205
(206) 607-8277
Email: lara@cedarlawpllc.com
Attorney for Plaintiffs

PATTERSON BUCHANAN FOBES & LEITCH

s/ Charles P.E. Leitch
Charles P.E. Leitch, WSBA 25443
1000 Second Ave., 30th Floor
Seattle, WA 98104
Email: cpl@pattersonbuchanan.com
Attorney for Defendants

STIPULATION AND ORDER OF DISMISSAL OF
THE CLAIMS OF HOWARD HURWITZ - 1
2:22-cv-1389-MJP

Cedar Law PLLC
113 Cherry St., PMB 96563
Seattle, WA 98104-2205
lara@cedarlawpllc.com
(206) 607-8277 | Fax (206) 237-9101

**ORDER**

Based on the parties' stipulation, IT IS ORDERED that the claims of Howard Hurwitz are dismissed with prejudice, and without an award of attorneys' fees, costs, or expenses to either party.

DATED: The 6th day of September, 2023.

Honorable Marsha J. Pechman
United States Senior District Judge

Presented by:

CEDAR LAW PLLC

  s/ Lara Hruska
Lara Hruska, WSBA No. 46531
113 Cherry Street PMB 96563
Seattle, WA 98104-2205
(206) 607-8277
Email: lara@cedarlawpllc.com
Attorney for Plaintiffs

PATTERSON BUCHANAN FOBES & LEITCH

  s/Charles P.E. Leitch
Charles P.E. Leitch, WSBA 25443
1000 Second Ave., 30th Floor
Seattle, WA 98104
Email: cpl@pattersonbuchanan.com
Attorney for Defendants

STIPULATION AND ORDER OF DISMISSAL OF
THE CLAIMS OF HOWARD HURWITZ - 2
2:22-cv-1389-MJP

Cedar Law PLLC
113 Cherry St., PMB 96563
Seattle, WA 98104-2205
lara@cedarlawpllc.com
(206) 607-8277 | Fax (206) 237-9101